UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-22  MARCO ANTONIO PAREDES-MACHADO,
D-23  ARTURO ELIAS MACHADO, a/k/a
      "Artie,"
D-24  JULIO CESAR LAMADRID, a/k/a
      "Guero,"
D-25  SAUL LAMADRID-CARRANZA, a/k/a
      "Saul Carranza, LaMadrid,"
      a/k/a "Cesar," and
D-26  JORGE ALBERTO LAMADRID-CARRANZA,

    Defendants.
_____/

CRIMINAL NO. 03-80244-DT

HON: VICTORIA A. ROBERTS

VIO:  21 U.S.C. § 841(a)(1)
       21 U.S.C. § 846
       21 U.S.C. § 952
       21 U.S.C. § 960(a)(1)
       21 U.S.C. § 963

**SIXTH SUPERSEDING INDICTMENT**

**FILED**

NOV - 9 2005

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

*THE GRAND JURY CHARGES:*

<u>COUNT ONE</u>
(21 U.S.C. §§ 841(a)(1) and 846 — Conspiracy to
Distribute More Than 1000 Kilograms of Marijuana)

D-22  MARCO ANTONIO PAREDES-MACHADO
D-23  ARTURO ELIAS MACHADO
D-24  JULIO CESAR LAMADRID
D-25  SAUL LAMADRID-CARRANZA
D-26  JORGE ALBERTO LAMADRID-CARRANZA

That from in or about 1991, through on or about February 19, 2004, in the Eastern District of Michigan, Southern Division, and elsewhere; including the Middle and Southern Districts of California, the District of Arizona, the Southern District of Iowa, the District of

1

Colorado, the Northern District of Illinois, and the District of Nevada, MARCO ANTONIO PAREDES-MACHADO, ARTURO ELIAS MACHADO, a/k/a Artie," JULIO CESAR LAMADRID, a/k/a "Guero," SAUL LAMADRID-CARRANZA, a/k/a "Saul Carranza, LaMadrid," a/k/a "Cesar," and JORGE ALBERTO LAMADRID-CARRANZA, defendants herein, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with each other, and with other persons, whose names are both known and unknown to the grand jury, to commit an offense against the United States, that is to distribute more than one thousand (1000) kilograms of marijuana, a Schedule I Controlled Substance.

## Ways and Means of the Conspiracy

It was part of the ways and means of the conspiracy to have loads of marijuana that had been smuggled into the United States from the country of Mexico transported to the Detroit metropolitan area and elsewhere in the United States for distribution. Initially, the amounts of marijuana ranged in weight from 2 to 4 hundred pounds and were transported by passenger cars. Later, the amounts of marijuana increased to 1 to 1.5 tons and were transported by heavy-duty pick-up trucks equipped with enclosed trailers. In the latter stage of the conspiracy, a commercial moving van was used to transport 1 to 2 ton loads.

Approximately 40 tons of marijuana were transported to the Detroit area for distribution during the course of the conspiracy.

## Roles of the Defendants

The roles played by the various defendants in this conspiracy consisted of the following:

22. <u>MARCO ANTONIO PAREDES-MACHADO</u>. MARCO ANTONIO PARADES-

MACHADO is a resident of Agua Prieta, Sonora, Mexico, and was one of the leaders/organizers of the group. He was the main Mexican marijuana supplier. He directed the activities of numerous individuals in smuggling the drug into the United States.

MARCO ANTONIO PARADES-MACHADO shall be held accountable for 40 tons of marijuana having been distributed during the course of this conspiracy as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

23. ARTURO ELIAS MACHADO. ARTURO ELIAS MACHADO manages MARCO ANTONIO PARADES-MACHADO's distribution activities in the United States. In addition to managing distribution activities ARTURO ELIAS MACHADO also handles financial issues relating to amounts owed and collection of funds derived from narcotic sales.

ARTURO ELIAS MACHADO shall be held accountable for 40 tons of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

24. JULIO CESAR LAMADRID. JULIO CESAR LAMADRID organized the pickup of marijuana from various storage locations in the Tucson, Arizona area. Additionally, JULIO CESAR LAMADRID participated in money collections.

JULIO CESAR LAMADRID shall be held accountable for 40 tons of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

25. SAUL LAMADRID-CARRANZA. SAUL LAMADRID-CARRANZA worked for the PARADES-MACHADO organization arranging shipments of marijuana to Detroit and elsewhere in the United States; and coordinated the collection of funds derived from drug

sales. After leaving the PARADES-MACHADO organization, SAUL LAMADRID-CARRANZA returned as an additional supplier of marijuana to the conspirators distributing the drug in Detroit and elsewhere in the United States.

SAUL LAMADRID-CARRANZA shall be held accountable for 40 tons of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

26. <u>JORGE ALBERTO LAMADRID-CARRANZA</u>. JORGE ALBERTO LAMADRID-CARRANZA worked in conjunction with SAUL LAMADRID-CARRANZA in supplying marijuana destined for shipment to Detroit and elsewhere in the United States.

JORGE ALBERTO LAMADRID-CARRANZA shall be held accountable for at least 1,000 kilograms of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

All in violation of Title 21, United States Code, Sections 841(a)(1)(b)(1)(A)(vii) and 846.

## COUNT TWO

### (21 U.S.C. §§ 952(a), 960 and 963 — Conspiracy to Import More Than 1000 Kilograms of Marijuana)

D-22  MARCO ANTONIO PAREDES-MACHADO
D-23  ARTURO ELIAS MACHADO
D-24  JULIO CESAR LAMADRID
D-25  SAUL LAMADRID-CARRANZA
D-26  JORGE ALBERTO LAMADRID-CARRANZA

That from in or about 1991, through on or about February 19, 2004, in the Eastern District of Michigan, Southern Division, and elsewhere; including the Middle and Southern

Districts of California, the District of Arizona, the Southern District of Iowa, the District of Colorado, the Northern District of Illinois, the District of Nevada, and the country of Mexico, MARCO ANTONIO PAREDES-MACHADO, ARTURO ELIAS MACHADO, a/k/a Artie," JULIO CESAR LAMADRID, a/k/a "Guero," SAUL LAMADRID-CARRANZA, a/k/a "Saul Carranza, LaMadrid," a/k/a "Cesar," and JORGE ALBERTO LAMADRID-CARRANZA, defendants herein, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with each other, and with other persons, whose names are both known and unknown to the grand jury, to commit an offense against the United States, that is to import a quantity of a substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, from a place outside the United States; to-wit: the country of Mexico, into the United States.

## Ways and Means of the Conspiracy

It was part of the ways and means of the conspiracy to have loads of marijuana that had been smuggled into the United States from the country of Mexico transported to the Detroit metropolitan area and elsewhere in the United States for distribution. Initially, the amounts of marijuana transported to the Detroit area ranged in weight from 2 to 4 hundred pounds and were transported by passenger cars. Later, the amounts of marijuana increased to 1 to 1.5 tons and were transported by heavy-duty pick-up trucks equipped with enclosed trailers. In the latter stage of the conspiracy, a commercial moving van was used to transport 1 to 2 ton loads.

Approximately 40 tons of marijuana were transported to the Detroit area for distribution during the course of the conspiracy.

## Roles of the Defendants

The roles played by the various defendants in this conspiracy consisted of the following:

22. <u>MARCO ANTONIO PAREDES-MACHADO</u>. MARCO ANTONIO PARADES-MACHADO is a resident of Agua Prieta, Sonora, Mexico, and was one of the leaders/organizers of the group. He was the main Mexican marijuana supplier. He directed the activities of numerous individuals in smuggling the drug into the United States.

MARCO ANTONIO PARADES-MACHADO shall be held accountable for 40 tons of marijuana having been distributed during the course of this conspiracy as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

23. <u>ARTURO ELIAS MACHADO</u>. ARTURO ELIAS MACHADO manages MARCO ANTONIO PARADES-MACHADO's distribution activities in the United States. In addition to managing distribution activities ARTURO ELIAS MACHADO also handles financial issues relating to amounts owed and collection of funds derived from narcotic sales.

ARTURO ELIAS MACHADO shall be held accountable for 40 tons of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

24. <u>JULIO CESAR LAMADRID</u>. JULIO CESAR LAMADRID organized the pickup of marijuana from various storage locations in the Tucson, Arizona area. Additionally, JULIO CESAR LAMADRID participated in money collections.

JULIO CESAR LAMADRID shall be held accountable for 40 tons of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense

Level under the United States Sentencing Guidelines.

25. SAUL LAMADRID-CARRANZA. SAUL LAMADRID-CARRANZA worked for the PARADES-MACHADO organization arranging shipments of marijuana to Detroit and elsewhere in the United States; and coordinated the collection of funds derived from drug sales. After leaving the PARADES-MACHADO organization, SAUL LAMADRID-CARRANZA returned as an additional supplier of marijuana to the conspirators distributing the drug in Detroit and elsewhere in the United States.

SAUL LAMADRID-CARRANZA shall be held accountable for 40 tons of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

26. JORGE ALBERTO LAMADRID-CARRANZA. JORGE ALBERTO LAMADRID-CARRANZA worked in conjunction with SAUL LAMADRID-CARRANZA in supplying marijuana destined for shipment to Detroit and elsewhere in the United States.

JORGE ALBERTO LAMADRID-CARRANZA shall be held accountable for at least 1,000 kilograms of marijuana as being reasonably foreseeable to him for purposes of establishing the appropriate Offense Level under the United States Sentencing Guidelines.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1)(b)(1)(G) and 963.

**THIS IS A TRUE BILL.**

s/Grand Jury Foreperson

STEPHEN J. MURPHY  
United States Attorney

S/Grand Jury Foreperson

s/ WILLIAM J. SAUGET (P-28512)  
Assistant United States Attorney

Date: November 9, 2005

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>03-80244 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: 03-80244-DT |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: VICTORIA A. ROBERTS |
| Yes    No | AUSA's Initials: WJS |

Case Title: **U.S. v. D-22 MARCO ANTONIO PAREDES-MACHADO, D-23 ARTURO ELIAS MACHADO,** a/k/a "Artie"; **D-24 JULIO CESAR LAMADRID,** a/k/a "Guero"; **D-25 SAUL LAMADRID-CARRANZA,** "Saul Carranza, LaMadrid", a/k/a "Cesar;" and **D-26 JORGE ALBERTO LAMADRID-CARRANZA**

County where offense occurred: Wayne and Macomb

Check One:    X Felony    ☐ Misdemeanor    ☐ Petty

___ Indictment/___ Information --- no prior complaint.
___ Indictment/___ Information --- based upon prior complaint [ Criminal No. 02-80790 ]
_X_ Indictment/___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: 03-80244-DT    Judge: VICTORIA A. ROBERTS

☐ Original case was terminated; no additional charges or defendants.
✓ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**    **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 9, 2005
Date

s/ WILLIAM J. SAUGET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9575
E-mail: William.Sauget@usdoj.gov
(P 28512)

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04