UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

CASE NUMBER: 03-80244
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

v.

Marco Antonio Paredes-Machado,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 22, 2017, Magistrate Judge Grand issued a Report and Recommendation [Doc. 804], recommending that Defendant's Motion to Dismiss Indictment For Failure to Include Overt Act Allegations and To Indict Prior to Expiration of Statue of Limitations [Doc. 784] be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED**.

**IT IS ORDERED**.

                S/Victoria A. Roberts
                Victoria A. Roberts
                United States District Judge

Dated: July 13, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 13, 2017.

S/Linda Vertriest
Deputy Clerk